# UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEBRASKA

In re:  JODY LEE MELOCCARO                                              Case No.:  09-82467-TJM
        KATHLEEN JANELLE MELOCCARO
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kathleen A. Laughlin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  09/17/2009.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was converted on  10/19/2010.
6) Number of months from filing or conversion to last payment:  9.
7) Number of months case was pending:  18.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  54,964.32.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $8,521.00 | |
| Less amount refunded to debtor: | $2,883.09 | |
| **NET RECEIPTS:** | | $5,637.91 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $344.91 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $344.91 |

Attorney fees paid and disclosed by debtor:     $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALEGENT HEALTH | Unsecured | 213.37 | NA | NA | .00 | .00 |
| ALEGENT HEALTH | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN NATIONAL BANK | Unsecured | 9,514.95 | 9,649.63 | 9,649.63 | .00 | .00 |
| AMERICAN NATIONAL BANK | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Secured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE AUTO FINANCE | Secured | 4,500.00 | 5,084.23 | 5,084.23 | 900.00 | .00 |
| CHASE AUTO FINANCE | Secured | 500.00 | NA | NA | .00 | .00 |
| CHRYSLER FINANCIAL SVCS AMERICA | Secured | 9,540.00 | 22,847.32 | 22,847.32 | 4,293.00 | .00 |
| CITI MORTGAGE INC | Secured | NA | NA | NA | .00 | .00 |
| CITICORP TRUST BANK | Secured | 16,720.69 | 16,630.29 | 16,630.29 | .00 | .00 |
| CITICORP TRUST BANK | Secured | NA | 4.55 | 4.55 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In re: JODY LEE MELOCCARO  
      KATHLEEN JANELLE MELOCCARO  
      Debtor(s)

Case No.: 09-82467-TJM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITIMORTGAGE INC | Secured | 161,596.99 | 160,626.86 | 160,626.86 | .00 | .00 |
| CITIMORTGAGE INC | Secured | 1,500.00 | 4,872.81 | 4,872.81 | .00 | .00 |
| CLAY M ROGERS | Unsecured | NA | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL SVCS | Unsecured | 12,275.52 | 12,443.33 | 12,443.33 | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,449.65 | 3,467.27 | 3,467.27 | .00 | .00 |
| ELKHORN FAMILY CARE | Unsecured | 213.85 | NA | NA | .00 | .00 |
| ENT SPECIALISTS | Unsecured | 406.92 | NA | NA | .00 | .00 |
| GE CONSUMER FINANCE | Unsecured | 2,907.51 | 2,907.70 | 2,907.70 | .00 | .00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| GENERAL SERVICE BUREAU | Unsecured | NA | NA | NA | .00 | .00 |
| HELZBERG DIAMONDS | Secured | NA | NA | NA | .00 | .00 |
| HELZBERG DIAMONDS | Secured | NA | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | Secured | 250.00 | 250.00 | 250.00 | .00 | .00 |
| HSBC BANK NEVADA | Unsecured | NA | 744.23 | 744.23 | .00 | .00 |
| HSBC BANK NEVADA | Unsecured | 481.92 | 485.62 | 485.62 | .00 | .00 |
| HSBC BANK NEVADA | Unsecured | 723.39 | 695.69 | 695.69 | .00 | .00 |
| JP MORGAN CHASE BANK | Secured | NA | NA | NA | .00 | .00 |
| KATHLEEN LAUGHLIN TRUSTEE | Special | NA | 100.00 | 100.00 | 100.00 | .00 |
| KOHLS | Unsecured | 480.34 | NA | NA | .00 | .00 |
| KOHLS | Unsecured | NA | NA | NA | .00 | .00 |
| NEBRASKA FURNITURE MART | Secured | 750.00 | 2,602.27 | 750.00 | .00 | .00 |
| NEBRASKA FURNITURE MART | Unsecured | 2,853.98 | 2,815.07 | 2,815.07 | .00 | .00 |
| NEBRASKA METHODIST HEALTH SYSTE | Unsecured | 2,493.10 | NA | NA | .00 | .00 |
| PHYSICIANS CLINIC | Unsecured | 369.22 | NA | NA | .00 | .00 |
| SONY FINANCIAL SERVICES | Unsecured | 738.57 | NA | NA | .00 | .00 |
| THE NEBRASKA MEDICAL CENTER | Unsecured | 307.01 | 307.01 | .00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

In re: JODY LEE MELOCCARO  
KATHLEEN JANELLE MELOCCARO  
Debtor(s)

Case No.: 09-82467-TJM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WEST ASSET MANAGEMENT | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 177,257.15 | .00 | .00 |
| Mortgage Arrearage: | 4,877.36 | .00 | .00 |
| Debt Secured by Vehicle: | 27,931.55 | 5,193.00 | .00 |
| All Other Secured: | 1,000.00 | .00 | .00 |
| **TOTAL SECURED:** | 211,066.06 | 5,193.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 33,308.54 | 100.00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $344.91 |
| Disbursements to Creditors: | $5,293.00 |
| **TOTAL DISBURSEMENTS:** | $5,637.91 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 03/28/2011         By: /s/Kathleen A. Laughlin  
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.